```
            FILED
      U.S. DISTRICT COURT
      DISTRICT OF MARYLAND

       2001 AUG -1  P 2:58

         CLERK'S OFFICE
           AT BALTIMORE

      BY_____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NELSON-SALABES, INC.    *

v.                      *   CIVIL NO. B-98-2226

MORNINGSIDE HOLDINGS OF SATYR  *
HILL, L.L.C., et al.
    *       *       *       oOo       *       *       *

## O R D E R

Pending before the Court is plaintiff's Motion for Attorneys' Fees (Paper 47) filed on February 28, 2001. These proceedings are now before the United States Court of Appeals for the Fourth Circuit. Since no action is merited at this time on the pending motion, IT IS, this ___ day of August, 2001, by the United States District Court for the District of Maryland,

ORDERED that plaintiff's pending Motion for Attorneys' Fees (Paper 47) IS ADMINISTRATIVELY CLOSED at this time, subject to being reopened after the appeal process is concluded.

_____
Walter E. Black, Jr.
Senior Judge